# AFFIDAVIT OF SERVICE

**District of Columbia**                                                                 Us District Court

Case Number: CIVIL ACTION NO. 00-0465

Plaintiff:
**MARC R. LABGOLD**
vs.
Defendant:
**WILLIAM J. HEALEY**

For:
McGuire Woods - Tysons
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102

Received by ALLIANCE LEGAL SERVICES, INC. on the 21st day of July, 2006 at 12:11 pm to be served on **BANK OF AMERICA, INC., 1801 K ST., N.W., WASHINGTON, DC 20006**.

I, Paul B. Spalding, being duly sworn, depose and say that on the **21st day of July, 2006 at 2:45 pm, I:**

Delivered a true copy of the **WRIT OF ATTATCHMENT ON JUDGMENT OTHER THAN WAGES, SALARY AND COMMISSIONS** to JACQUELINE GALINOD, CUSTOMER SERVICE REPRESENTATIVE who stated that they were authorized to accept for the witness in their absence.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

RECEIVED
JUL 2 5 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Paul Spalding* (signature)

**Paul B. Spalding**
Process Server

Subscribed and Sworn to before me on the 24th day
of July, 2006 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

My Commission Expires  11/30/06

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA 22152
(703) 644-8571

Our Job Serial Number: 2006000992

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

CO-901A
Rev. 7/90

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Marc R. Labgold                                          William J. Healey
   Plaintiff(s)                      vs                      Defendant(s)

CIVIL ACTION NO. 00-0465 (TFH/JMF)
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  Bank of America, Inc.

   1801 K Street, N.W., Washington, D.C. 20006   Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on __8/20/03__ in the amount of __forty-two thousand seven hundred__ ($ __42,759__ ) and the costs amounting to $ __0__ __fifty-nine dollars__ with interest at __1.29__ % from __8/20/03__ less credits of $ __0__.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this __13TH__ day of __July__, __2006__.

Nancy M. Mayer-Whittington, Clerk

By _____
     Deputy Clerk

_____ Bar No. 477780
Attorney for Plaintiff
McGuireWoods LLP
1750 Tysons Blvd., Ste. 1800
McLean, VA 22102

(703) 712-5097
Address & Telephone Number

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
ANSWER _____

_____

_____

_____

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
ANSWER _____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____                                             _____
                                                                                                              Garnishee