UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 12 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

WILLIAM J. HEALEY, )
)
   Plaintiff )
)
v. ) Case No. 1:00CV00465 (TFH/JMF)
)
MARC R. LABGOLD, )
)
   Defendant. )

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Treat Motion for Release of Funds Filed on November 9, 2006 as Conceded. The Court having read and considered this Motion; and for good cause shown, it is hereby

**ORDERED,** that Defendant's Motion for Release of Funds is hereby **CONCEDED**; and it is further

**ORDERED,** that Defendant's Motion for Release of Funds is hereby **GRANTED**; and it is further

**ORDERED,** that Garnishee Bank of America, Inc. release the funds it is holding in compliance with the Writ of Attachment on any money of the named Plaintiff, totaling Thirty-four Thousand, Six Hundred and Twenty-One Dollars and 17/100 ($34,621.17), to Marc R. Labgold, Esq., in care of his counsel, Stephen W. Robinson, Esq., McGuireWoods LLP, 1750 Tysons Boulevard, Suite 1800, McLean, Virginia 22102.

December 11, 2006
Date

Thomas F. Hogan
U.S. District Judge

COPIES TO:

Stephen W. Robinson
McGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102

Counsel for Defendant

Kenneth Hanson Rosenau
Rosenau & Rosenau
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005

Counsel for Plaintiff

Bank of America, Inc.
Attn: Legal Order Processing Dept.
1801 K Street, N.W.
Washington, D.C. 20006

Garnishee

\4288703.1