**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM J. HEALEY, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )   Case No. 1:00CV00465 (TFH/JMF) |
| | ) |
| MARC R. LABGOLD, | ) |
| | ) |
|     Defendant. | ) |

**RESPONSE OF DEFENDANT MARC LABGOLD TO**
**PLAINTIFF'S MOTION TO DISCONTINUE GARNISHMENT OF WAGES**

COMES NOW the Defendant, Marc R. Labgold ("Labgold"), by counsel, and in response to the Plaintiff's Motion states that he agrees that garnishment of Plaintiff's wages should cease and that Plaintiff has fully satisfied the award of sanctions against him. Furthermore, this Defendant agrees to reimburse Plaintiff for his overpayment of the sanctions award by tendering a check promptly to Plaintiff's counsel.

                                                                                            MARC R. LABGOLD
                                                                                            By Counsel

McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
(703) 712-5000
(703) 712-5050 (fax)


By:   /s/ Stephen W. Robinson
        Stephen W. Robinson (D.C. Bar No. 282731)
        Counsel for Defendant, Marc R. Labgold

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of Defendant Marc R. Labgold's Response to Plaintiff's Motion To Discontinue Garnishment of Wages, has been served upon Plaintiff's counsel, Kenneth Hanson Rosenau, Rosenau & Rosenau, 1304 Rhode Island Avenue, NW, Washington, D.C. 20005 via first class mail, postage prepaid, on this the ___th day of February, 2007.

/s/ Stephen W. Robinson
Stephen W. Robinson

\4454604.1