IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 28 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

WILLIAM J. HEALEY,        )
                          )
    Plaintiff             )
                          )
v.                        )    CASE NO. 1:00cv 00465(TFH/JMF)
                          )
MARC R. LABGOLD,          )
                          )
    Defendant.            )

### ORDER

THIS MATTER is before the Court on the Plaintiff's Motion to End Garnishment and Return Excess Funds to Plaintiff. The Court having read and considered this motion, and for good cause shown, it is hereby

ORDERED that the garnishment of plaintiff's wages by Mayer Brown Rowe & Maw is terminated, and it is further

ORDERED that Defendant must refund $3,056.99 (the amount collected in excess of the judgment) to Plaintiff, and it is further

ORDERED that wages garnished by Mayer Brown Rowe & Maw on 11/17/06, 12/29/06, 1/12/07, 1/26/07 and 2/9/07 totaling $7809.12 (plus any amounts garnished after 2/9/07) shall be refunded to Plaintiff.

2/25/07
Date

Thomas F. Hogan
District Judge